# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN EARL IRWIN,
               Appellant,

vs.

WILLIAM D. SMITH, M.D., INDIVIDUALLY; WILLIAM D. SMITH M.D., LTD., A DOMESTIC PROFESSIONAL CORPORATION; AGATA/VENGER PARTNERSHIP, LLP, D/B/A WESTERN REGIONAL CENTER FOR BRAIN AND SPINE SURGERY, A LIMITED LIABILITY CORPORATION,
               Respondents.

No. 82105

FILED

JAN 22 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to appellant's notice of withdrawal of appeal, which this court construes as a motion for voluntary dismissal, this appeal is dismissed. NRAP 42(b). The conditional sanction imposed on January 15, 2021, are vacated as a result of this order.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Trevor L. Atkin, District Judge
       Larry J. Cohen, Settlement Judge
       The702Firm
       Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
       Supreme Court Law Librarian
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

21-01963